**UNITED STATES DISTRICT COURT**
**DISTRICT OF JERSEY (NEWARK)**
------------------------------------------------------------------------ X
: 
WORLDWIDE LOGISTICS LTD., : Civil Index No.
: **2:19-cv-00862 -CCC-JBC**
Plaintiff, :
:
– against – :
:
SUNLINK CORPORATION, *in personam*, :
and the cargo consisting of parts and/or components of :
solar panel equipment manufactured by Wuxi Huishan :
Metalwork Technology Co. Ltd., *in rem*, :
:
Defendants. :
:
------------------------------------------------------------------------ X

## JUDGMENT BY DEFAULT AGAINST DEFENDANT SUNLINK CORPORATION

This action having been commenced on January 21, 2019, by the filing of a Summons and Complaint (ECF Doc. 1), and service of the Summons and Complaint having been served upon Defendant Sunlink Corporation, together with a writ of maritime attachment for assets found within this district and a warrant of arrest pursuant to Rules B and C of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions, respectively, and an Entry of Default from the Clerk of the United States District Court for the District of New Jersey certifying that Defendant Sunlink Corporation did not answer or otherwise move with respect to the Complaint and is in default having been entered on June 26, 2019, it is

**ORDERED AND ADJUDGED** that the Plaintiff Worldwide Logistics Ltd. have judgment against Defendant Sunlink Corporation, a corporation with an office located at 2 Belvedere Place, Suite 210, Mill Valley, California 94941, in the amount of $528,183.76, with interest at 18% per annum from February 14, 2019, through the date of the entry of default, in the

amount of $49,228.83, plus attorneys' fees in the amount of $29,595.00, plus costs and disbursements of this action in the amount of $819.39, amounting in all to $607,826.98, plus post-judgment interest calculated from the date of the entry of this Judgment, at a rate equal to the weekly average one-year constant maturity (nominal) Treasury yield for the calendar week preceding the date of this Judgment.

Dated:   Newark, New Jersey
         August 22, 2019

_____
U.S.D.J.